UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FRANK BRETT,**

       **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　Case No:  6:14-cv-426-Orl-36DAB

**JENKINS, UNKNOWN 2ND BLACK US MARSHAL MAN and PHIL, PA. US MARSHAL STEVE UNKNOWN,**

       **Defendants.**
_____/

# O R D E R

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge David A. Baker on March 20, 2014 (Doc. 6).  In the Report and Recommendation, Magistrate Judge Baker recommends that the Court deny Plaintiff's Motion to Proceed In *Forma Pauperis* and Motion to Appoint Counsel, as Plaintiff's complaint is incomprehensible, states no cause of action, and is frivolous.  The Magistrate Judge also recommends that the case be dismissed with prejudice.  Plaintiff was furnished a copy of the Report and Recommendation and afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).  No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.  Accordingly, it is now

    **ORDERED AND ADJUDGED**:

    (1)    The Report and Recommendation of the Magistrate Judge (Doc. 6) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Motion to Proceed In *Forma Pauperis* (Doc.2) is **DENIED**.

(3) Plaintiff's Motion for Court Appointed Counsel and for Leave to File 43 Tapes (Doc. 3) is **DENIED.**

(4) This case is **DISMISSED, with prejudice**.

(5) The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Orlando, Florida on April 25, 2014.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable David A. Baker
Counsel of Record